**Catherine Plambeck, appellee, v. Chicago Railways Company and Chicago City Railway Company, appellants. Gen. No. 24,312.**

Action for personal injuries to passenger on derailment of street car. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed upon remittitur; otherwise reversed and remanded. Opinion filed April 29, 1919.

Frank L. Kriete and William H. Symmes, for appellants; J. R. Guilliams and C. L. Mahony, of counsel. Charles C. Spencer and Arthur A. House, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**David M. Wolin, appellee, v. Isadore H. Kaplan and Edward Fischer, appellants. Gen. No. 24,390.**

Action to recover amount due under contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Courtney, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed with finding of fact. Opinion filed April 29, 1919.

Frederic A. Fischel, for appellants. Levin & Krinsky, for appellee; Harry H. Krinsky, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

**Rosie Desiel, appellee, v. 12th Street Store, appellant. Gen. No. 24,170.**

Action to recover for personal injuries by being struck by trolley basket in defendant's store. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed April 30, 1919.

Landon & Holt, for appellant. F. W. Jaros and Francis J. Woolley, for appellee.

---

**Cicero & Proviso Ice Company, appellee, v. Natoma Dairy Company, appellant. Gen. No. 24,236.**

Action to recover agreed price under contract of sale. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon, J. J. Cooke, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed April 30, 1919.

A. Q. Reynolds, for appellant. Wolseley & Ball and G. A. Buresh, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.